IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-cv-306 NKL |
| ) | |
| DONALD R. BUSHNELL, individually and ) | |
| d/b/a Bushnell Contract Labor Service, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATED FINAL JUDGMENT OF PERMANENT INJUNCTION**

Plaintiff, the United States of America, has filed a Complaint for Permanent Injunction in this matter against Defendant Donald R. Bushnell.

Defendant, Donald R. Bushnell, admits that this Court has jurisdiction over him and over the subject matter of this action.

Defendant consents to the entry, without further notice, of this Stipulated Final Judgment of Permanent Injunction.

Defendant waives the entry of findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure and 26 U.S.C. § 7407.

Defendant waives any right he may have to appeal from the Stipulated Final Judgment of Permanent Injunction.

Defendant states that he enters into this Stipulated Final Judgment of Permanent Injunction voluntarily.

Defendant acknowledges that entry of this Stipulated Final Judgment neither precludes

-1-

the Internal Revenue Service from assessing taxes, interest, or penalties against him for asserted violations of the Internal Revenue Code, nor precludes Defendant from contesting such taxes, interest, or penalties.

Defendant agrees that this Court shall retain jurisdiction over him for the purpose of implementing and enforcing this Final Judgment.

NOW, THEREFORE, it is accordingly, ORDERED, ADJUDGED, AND DECREED that:

1. The Court has jurisdiction over this action pursuant to §§ 1340 and 1345 of Title 28 of the United States Code, and § 7402 of the Internal Revenue Code of 1986, as amended (26 U.S.C.) (the "Code").

2. Donald R. Bushnell individually and/or doing business under any other name or using any other entity, including, but not limited to, Bushnell Contract Labor Services, and his representatives, agent, servants, employees, and those persons in active concert or participation with him, are permanently enjoined from

   a. filing, preparing, or assisting in preparing federal tax returns for other persons;

   b. advising, counseling, assisting, or instructing anyone about the preparation of a federal tax return;

   c. owning, managing, controlling, working for, or volunteering for a tax-return-preparation business;

   d. engaging in any other activity subject to penalty under I.R.C. § 6694, or engaging in any activity subject to penalty under the Internal Revenue Code; and

    e. engaging in any conduct that substantially interferes with the administration and enforcement of the internal revenue laws.

  3. Donald R. Bushnell shall contact by mail all persons for whom he has prepared federal tax returns or assisted in preparing tax returns, and send them a copy of this Stipulated Final Judgment of Permanent Injunction, and certify to the Court within thirty days of entry of this Order that he has complied with this provision.

  4. Donald R. Bushnell shall provide to the United States a list of everyone for whom he has prepared (or helped to prepare) a federal tax return, and certify to the Court within thirty days of entry of this Order that he has complied with this provision. This list shall include each person's name, address, e-mail address, social security number, telephone number, and the tax year(s) for which a return was prepared.

  5. The United States is permitted to engage in post-judgment discovery in accordance with the Federal Rules of Civil Procedure to ensure compliance with this permanent injunction.

SO ORDERED this 22nd day of May, 2006.

                s/ NANETTE K. LAUGHREY
                United States District Judge

Consented to by:

Dated:     5/19/06                                   s/ Laura J. Mullins
                                              Laura J. Mullins, MO # 56366
                                              Schmitt Manz Swanson & Mulhern, P.C.
                                              1000 Walnut, Suite 800
                                              Kansas City, MO 64106
                                              Attorney for Donald Bushnell

                                                  s/ Donald R. Bushnell
                                              Donald R. Bushnell
                                              6226 Wabash Avenue
                                              Kansas City, MO 64132


Dated:     5/19/06                                 s/ Hilarie E. Snyder
                                              Hilarie E. Snyder
                                              United States Department of Justice
                                              Tax Division, Ben Franklin Station
                                              P.O. Box 7238
                                              Washington, DC 20044
                                              202-307-2708
                                              202-514-6770 (fax)
                                              hilarie.e.snyder@usdoj.gov
                                              Attorney for Plaintiff, United States of America